Mark E. Lowary, Esq. (SBN: 168994)
Amanda N. Griffith, Esq. (SBN 288164)
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
2390 Professional Drive
Roseville, California 95661
Telephone: (916) 846-9391
Facsimile: (916) 672-9290
melowary@b3law.com
angriffith@b3law.com

Attorneys for Defendant
RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN MUZYKA,<br><br>    Plaintiff,<br><br>vs.<br><br>RASH CURTIS & ASSOCIATES,<br><br>    Defendant. | CASE NO: 2:18-CV-01097-WBS-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT TO JUNE 17, 2019 AND TO REVISE BRIEFING SCHEDULE**<br><br>Current Date:  June 3, 2019<br>Time:             1:30 p.m.<br><br>Proposed Date: June 17, 2019<br>Time:             1:30 p.m.<br><br>Judge:         Hon. William B. Shubb<br>Courtroom:  5, 14th Floor<br>                   501 I Street, Sacramento, CA |

It is hereby ORDERED, ADJUDGED, and DECREED that the hearing on RCA's Motion for Summary Judgment has been continue to June 17, 2019 at 1:30 p.m., and the Pre-Trial Conference is continued to July 22, 2019 at 1:30 p.m. is hereby granted.

**IT IS SO ORDERED.**

Dated: May 17, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE