Mark E. Lowary, Esq. (SBN: 168994)
Amanda N. Griffith, Esq. (SBN 288164)
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
2390 Professional Drive
Roseville, California 95661
Telephone: (916) 846-9391
Facsimile: (916) 672-9290
melowary@b3law.com
angriffith@b3law.com

Attorneys for Defendant
RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN MUZYKA, | CASE NO: 2:18-CV-01097-WBS-DB |
| Plaintiff, | **AMENDED ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT TO JUNE 17, 2019 AND TO REVISE BRIEFING SCHEDULE** |
| vs. | |
| RASH CURTIS & ASSOCIATES, | |
| Defendant. | |
| | Current Date: June 3, 2019<br>Time: 1:30 p.m. |
| | Proposed Date: June 17, 2019<br>Time: 1:30 p.m. |
| | Judge: Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br>501 I Street, Sacramento, CA |

It is hereby ORDERED, ADJUDGED, and DECREED that the hearing on RCA's Motion for Summary Judgment has been continue to June 17, 2019 at 1:30 p.m., and the Pre-Trial Conference is continued to July 22, 2019 at 1:30 p.m. is hereby granted. It is also ordered that the briefing schedule is as follows:

        a)   Plaintiff shall file and serve its Opposition to the Motion no later than June 3, 2019.

        b)   RCA shall file and serve it Reply to the Opposition no later than June 10, 2019.

///

**IT IS SO ORDERED.**

Dated: May 20, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE