# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN MUZYKA, | Case No.: 2:18-cv-01097-WBS-DB |
| Plaintiff. | ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO APPEAR TELEPHONICALLY AT ORAL ARGUMENT |
| v. | |
| RASH CURTIS & ASSOCIATES, | |
| Defendant. | |

This Court has received Plaintiff's Consent Motion to Appear Telephonically for the oral argument on Defendant's Motion for Summary Judgment, and good cause being shown, Plaintiff's Consent Motion is **GRANTED**. Plaintiff's counsel may appear at the June 17, 2019 oral argument at 1:30 p.m. PST by telephone. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED**.

Dated: June 5, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE